598

396 A.2d 816

Calvary Baptist Church v. Independent Gospel Missions, Appellant.

Argued October 26, 1978. William M. Panella, for appellant; Frank P. Krizner, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.

396 A.2d 816

Cambria Savings & Loan Association v. Capozzi et al., Appellants.

Argued October 26, 1978. Allen N. Brunwasser, for appellants; Allan E. MacLeod, for appellee.

Before JACOBS, P. J., and PRICE and LIPEZ, JJ.

Order affirmed.